Let's turn now back to our first case. Is Mr. Cerda in the courtroom? Ms. Welch, would you approach the podium? The panel has at least one question that it would like to ask you. Of course, Your Honor. The question, which I'm sure you anticipated, is do you think the Cubs' settlement with the United States resolves this case as well? Your Honor, we believe that there are strong grounds to affirm the trial court's judgment below. We believe the issue of constitutional mootness is a tougher question. That's still live. Is there anything else live? We do believe that the court can dismiss plaintiff's appeal as prudentially moot or unripe, both because Wrigley Field is about to undergo substantial change with respect to accessible seating and because many of the seats plaintiff complains about are going to be eliminated or modified. Indeed, the issues with respect to each of the individual sections of seats about which plaintiffs complain is going to be addressed in some way by the consent decree. So again, we do believe the doctrine of prudential mootness or ripeness would allow dismissal. You do realize that this circuit has expressly held that there is no such doctrine. Correct. Some other circuits follow that doctrine. The Seventh Circuit does not. Your Honor, we'd be happy to brief for the court the issue of ripeness or whether under prudential mootness or— There is no such doctrine in this circuit. Your Honor, then we'd be happy to brief under the ripeness doctrine for the court, whether there is a rationale for sending this case back to the trial court under the circumstances. But again, I would urge the court that affirmance on all issues is appropriate. We're not going to send the thing back to the district court unless we're persuaded that the court made an error. The question I'm asking is, do you think the settlement with the United States, if implemented, eliminates the plaintiff's claim? Put the 1914 Club to one side. Is there any other problem counting to 209 qualifying handicapped seats? We do not believe so, Your Honor. Any other questions? No. Thank you very much. Thank you, Your Honor. This case is taken under advisement.